O- send

FILED
CLERK, U.S. DISTRICT COURT
JUN 23 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ANNA ARRIOLA GUTIERREZ ) <br> ) <br> Defendant. ) | Case No.: CR 07-1176-AHM <br><br> ORDER OF DETENTION <br><br> [Fed. R. Crim. P. 32.1(a)(6); <br> 18 U.S.C. § 3143(a)] |

   The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

   The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a);

   The Court finds that:

A.  (✓)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on prior failure to appear, failure to report to Probation officer

|   |   |   |
|---|---|---|
| 1 | | _____ |
| 2 | | _____ |
| 3 | | _____ |
| 4 | | and/or |
| 5 | B. | ( ) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: _____ |

    IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: June 23, 2009

*Alicia G. Rosenberg*
UNITES STATES MAGISTRATE JUDGE